JAMES ALLEN        STATE BAR NO. 92483
ALLEN LAW CORP.
P.O. BOX 1003
THOUSAND OAKS, CA. 91358
PHONE (818) 735-7000
EMAIL: JAMES@ALLENLAWCORP.COM

ATTORNEY FOR HAKAM BARAKAT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| ANTHONY BOUYER<br><br>                    Plaintiff<br><br>        vs.<br><br>HAKAM BARAKAT<br><br>                    Defendant | Case No.: 2:20-cv-07725-PA -JEM<br><br>**ANSWER** |

Comes now Defendant, Hakam Barakat and answering Plaintiff's complaint for himself alone generally denies each and every allegation of plaintiff's complaint and the whole thereof, and every cause of action alleged therein,

Defendant alleges as Affirmative Defenses

1) As a first, separate, and affirmative defense to the unverified Complaint on file herein, this answering Defendant alleges that Plaintiffs complaint, and each alleged cause of action therein fails to state a claim upon which relief can be granted and fails to state a cause of action against this answering defendant

2) As a second, separate, and affirmative defense to the unverified Complaint on file herein, this answering Defendant alleges that Plaintiff's complaint and each and every cause of action stated therein is barred under the doctrine of unclean hands.

3) As a third, separate, and affirmative defense to the unverified Complaint on file herein, this answering Defendant alleges that Plaintiff's claims are barred by the applicable statute of limitations.

4) As a fourth, separate, and affirmative defense to the unverified Complaint on file herein, this answering Defendant alleges that Defendant's premises were and are fully compliant with all ADA regulations and Plaintiff's complaint is without legal basis.

5) As a fifth, separate, and affirmative defense to the unverified Complaint on file herein, this answering Defendant alleges that Defendant's premises are in full compliance with all ADA regulations and any claims made by Plaintiff are moot.

DATED: September 23, 2020

*James Allen*_____

James Allen

Attorney for Hakam Barakat