UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 20-7725 PA (JEMx) | Date | November 10, 2020 |
|---|---|---|---|
| Title | Anthony Bouyer v. Hakam Barakat | | |

| Present: The Honorable | PERCY ANDERSON, UNITED STATES DISTRICT JUDGE | | |
|---|---|---|---|
| Gabriela Garcia | Not Reported | N/A |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| None | None |

**Proceedings:**    IN CHAMBERS - COURT ORDER

      The Court is in receipt of a Unilateral Federal Rule of Civil Procedure 26(f) Report filed by plaintiff Anthony Bouyer ("Plaintiff").  Pursuant to Federal Rule of Civil Procedure 26(f), Local Rule 26, and this Court's September 24, 2020 Order Scheduling Meeting of Counsel and Setting Scheduling Conference, the parties were required to jointly file a scheduling report no less than fourteen days before the Scheduling Conference.  (Dkt. 14.)  The Court's Order warns that "[t]he failure to submit a joint report in advance of the Scheduling Conference or the failure to attend the Scheduling Conference may result in the dismissal of the action, striking the answer and entering a default, and/or the imposition of sanctions."  (Id. at 3.)

      In Plaintiff's Unilateral Rule 26(f) Report, Plaintiff's counsel explains that he and counsel for defendant Hakam Barakat ("Defendant"), met and conferred to discuss preparation of the Rule 26(f) Report, but that Defendant's counsel did not thereafter supply his portions of the Rule 26(f) Report and did not respond to Plaintiff's counsel's efforts to prepare the required joint filing.  Accordingly, the Court orders the parties to file the required Joint Rule 26(f) Report by November 16, 2020. The Court additionally orders Defendant to show cause, in writing, no later than November 16, 2020, why the Court should not impose sanctions and/or strike Defendant's Answer and enter a default for the failure to participate in the preparation of the joint report.

      IT IS SO ORDERED.