Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 SW Birch Street, Ste. 200
Newport Beach, CA 92660
Office: (949) 200-8755
DisabilityRights@manninglawoffice.com

Attorneys for Plaintiff ANTHONY BOUYER

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER, an individual,<br><br>Plaintiff,<br><br>v.<br><br>HAKAM A. BARAKAT, an individual; and DOES 1-10, inclusive,<br><br>Defendants. | **Case No**. 2:20-cv-07725-PA-JEM<br><br>**JOINT STATUS REPORT RE: SETTLEMENT** |

    Plaintiff ANTHONY BOUYER, and Defendant HAKAM A. BARAKAT (collectively, the "Parties") respectfully submit this Joint Status Report regarding settlement of the instant action.

    The Parties participated in mediation on March 9, 2021 and were unable to reach an agreement regarding resolution. Defendant provided Plaintiff with a CASp report which Defendant contends demonstrates the compliance of the subject property. Plaintiff disagrees as to the status of the alleged barriers.

Dated: March 11, 2021          **MANNING LAW, APC**

By: /s/ *Joseph R. Manning Jr.*
Joseph R. Manning Jr., Esq.
Attorneys for Plaintiff

Dated: March 11, 2021          **ALLEN LAW CORP**

By: /s/ *James Allen*
James G. Allen, Esq.
Attorney for Defendant

**Certification Pursuant to Local Rule 5-4.3.4(a)(2)(i)**

Pursuant to Local Rule 5-4.3.4(a)(2)(i), signatories hereby do attest that all signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Dated: March 14, 2021          **MANNING LAW, APC**

By: /s/ *Joseph R. Manning Jr.*
Joseph R. Manning Jr., Esq.
Attorneys for Plaintiff