| | |
|---|---|
| ALLEN LAW CORP<br>JAMES G. ALLEN,              California Bar #092483<br>THOUSAND OAKS, CA 91360<br>TELEPHONE: 818-735-7000<br>FACSIMILE: 818-735-7001<br>E-MAIL: jamesallenlawcorp.com | |

Attorneys for Hakam Barakat

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY BOUYER<br><br>Plaintiff<br><br>HAKAM BARKAT<br><br>Defendant | CASE NO. 2:20-CV-07725-PA-JEM<br><br>NOTICE OF MOTION<br><br>Date: May 3, 2021<br>Time: 1:30 pm<br>Judge : Percy Anderson |

    Notice is hereby given that, on May 3, 2021 at 1:30 pm or as soon thereafter as the court may determine, The undersigned, counsel of record for Hakam Barakat, will and hereby does request that the honorable Percy Anderson, Judge presiding, dismiss the above captioned matter for lack of subject matter jurisdiction as the matter is moot. The motion will be based upon this notice, upon the moving papers filed with this court on 4/2/2021 and electronically served on all interested parties on 4/2/2021 including the declaration of Hakam Barakat and the CASp report attached thereto, the points and authorities submitted therewith and upon such other and further evidence as may be received by the court at the hearing of the within matter.

1
2
3  DATED: 4/5/2021
4                                                    Allen Law Corp.
5
6
7                                                    By _____*James Allen*_____
                                                          James G. Allen
8                                                    Attorney for Defendant, Hakam Barakat
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE   I hereby certify that on April 5, 2021, a copy of the foregoing **Notice of Motion** and a copy of the **(Proposed) Order** were filed electronically and served by U.S. Mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the court's EM/ECF System. A copy of the moving papers, including the **Motion to Dismiss and the Declaration of Hakam Barakat and the CASp report attached thereto** were served electronically on all interested parties and served by U.S. Mail on anyone unable to accept electronic filing on April 2, 2021

*James Allen*
James Allen