JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| ANTHONY BOUYER, | CV 20-7725 PA (JEMx) |
|---|---|
| Plaintiff, | JUDGMENT |
| v. | |
| HAKAM BARAKAT; and DOES 1-10, | |
| Defendants. | |

Pursuant to the Court's June 22, 2021 Minute Order dismissing this action for lack of prosecution and failure to comply with the Court's Order,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: June 22, 2021

Percy Anderson
UNITED STATES DISTRICT JUDGE